IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DESHON CLARK, *et al.*, | : |
| *Plaintiffs*, | : Case No. 1:22-cv-88 |
| vs. | : Judge Jeffery P. Hopkins |
| SPECIALIZED LOAN SERVICING, LLC, *et al.*, | : |
| *Defendants*. | : |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation (Doc. 30) issued by Magistrate Judge Stephanie K. Bowman on November 13, 2024, which recommends that this case be **DISMISSED** sua sponte with prejudice for failure to prosecute. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, this case is hereby **DISMISSED** with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 18, 2024

Hon. Jeffery P. Hopkins
United States District Judge